Thomas Marc Litton (Of Counsel)
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone: (415) 421-4770
Facsimile: (415) 421-4784

Steven L. Wittels
David Sanford
**SANFORD WITTELS, & HEISLER, LLP**
950 Third Ave., 10th Floor
New York, New York 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
(*Admitted Pro Hac Vice*)

Attorneys for All Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **MILDRED J. CHAPMAN, ANGELA HOPKINS, JULIA M. MAHAFFEY and BETHANY RICHES** on behalf of themselves and all others similarly situated,<br><br>                  **Plaintiffs,**<br><br>vs.<br><br>**DELL INC.,** formerly known as Dell Computer Corporation,<br><br>                  **Defendant.** | Case No. 3:08-cv-04945-MHP<br><br>**STIPULATION CONSENTING TO TRANSFER VENUE** |

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties, that subject to the Court's approval, this case shall be transferred to the United States District Court for the Western District of Texas.

DATED:  December 17, 2008

           **SANFORD WITTELS & HEISLER, LLP**

           By: _____/s/_____
                 Thomas Marc Litton (Of Counsel)
                 120 Montgomery Street, Suite 1600
                 San Francisco, CA 94104
                 Telephone:  (415) 421-4770
                 Facsimile:  (415) 421-4784
                 tlitton@nydclaw.com

                 Steven L. Wittels
                 David Sanford
                 950 Third Ave., 10th Floor
                 New York, New York 10022
                 Telephone: (646) 723-2947
                 Facsimile:  (646) 723-2948
                 swittels@nydclaw.com
                 (*Admitted Pro Hac Vice*)

                 Attorneys for all Plaintiffs

DATED: December 17, 2008

           By: _____/s/_____
                 Rebecca D. Eisen (SBN 96129)
                 Morgan, Lewis & Bockius LLP
                 One Market, Spear Street Tower
                 San Francisco, CA  94105
                 Telephone: 415-442-1000
                 Facsimile: 415-442-1001
                 reisen@morganlewis.com

                 Michael S. Burkhardt
                 Morgan, Lewis & Bockius LLP
                 1701 Market Street
                 Philadelphia, PA 19103
                 Telephone: 215.963.5130
                 Facsimile: 215-963.5001
                 mburkhardt@morganlewis.com
                 (*Admitted Pro Hac Vice)*

Douglas R. Young (SBN 073248)
Farella Braun & Martel LLP
Russ building
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone: 415-954-4438
Facsimile-415-954-4480
dyoung@fbm.com

Attorneys for Defendant Dell, Inc.

SO ORDERED:_____                    12/16/2008
                    U.S.D.J.

